July 09, 2004

Mr. Ricky J. Poole
Les Mendelsohn & Associates, P.C.
110 Broadway, Suite 500
San Antonio, TX 78205
Mr. Christopher John Deeves
Ball & Weed, P.C.
745 E. Mulberry Street, Suite 500
San Antonio, TX 78212

RE: Case Number: 03-0611
 Court of Appeals Number: 04-02-00001-CV
 Trial Court Number: 23261

Style: MARCUS MARTINEZ AND MARY KOOG, ON BEHALF OF THEIR MINOR CHILD,
 KAELYN C. MARTINEZ
 v.
 VAL VERDE COUNTY HOSPITAL DISTRICT D/B/A VAL VERDE REGIONAL MEDICAL
 CENTER

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Herb |
| |Schaefer |
| |Ms. Martha |
| |Mitchell |